UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA THROUGH ITS
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

CIVIL ACTION

VERSUS

NO.  08-77-JVP-CN

KITION SHIPPING CO., LTD, ET AL

*CONSOLIDATED WITH*

IN THE MATTER OF CRESENT TOWING
& SALVAGE CO., INC., As Owner and Operator        CIVIL ACTION
of the M/V Margaret F. Cooper, Praying
for Exoneration From Or Limitation of Liability         NO.  08-452-RET-SCR

# ORDER OF CONSOLIDATION
# AND RE-ALLOTMENT

The court having determined that the captioned cases present common questions of law and fact and upon consent of the parties;

**IT IS ORDERED** that Civil Action No.08-452-RET-SCR be and is hereby **TRANSFERRED** from Section "RET" to Section "JVP" and **CONSOLIDATED** with Civil Action No. 08-77-JVP-CN.

**IT IS FURTHER ORDERED** that Civil Action No. 08-452-RET-SCR be and is hereby **transferred** from Magistrate Judge Stephen C. Riedlinger to Magistrate Judge Christine Noland.

Signed in chambers in Baton Rouge, Louisiana, this 16th day of September, 2008.

_____
RALPH E. TYSON, CHIEF JUDGE

_____
DISTRICT JUDGE JOHN V. PARKER