UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA, THROUGH ITS
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

VERSUS

KITION SHIPPING CO., LTD., ET AL

CIVIL ACTION

NO. 08-077-JVP-CN

–consolidated with–

IN THE MATTER OF CRESCENT
TOWING & SALVAGE CO., INC.,
As Owner and Operator of the M/V
Margaret F. Cooper, Praying for
Exoneration from or Limitation of
Liability

CIVIL ACTION

NO. 08-452-JVP-CN

**RULING**

This matter is before the court on a motion by defendant, Kition Shipping Co., Ltd., to strike and/or dismiss the State of Louisiana's *in rem* claim (doc. 39). The matter was referred to Magistrate Judge Christine Noland, who, on May 4, 2009, issued a report and recommendation (doc. 50). Both parties have filed objections to the report and recommendation (docs. 53 & 54) and replies to the objections (docs. 58 & 59).

The court has reviewed the responsive filings and concludes that the issues raised therein require further review by the magistrate judge. Accordingly, this

matter is hereby **REFERRED** back to Magistrate Judge Noland for a supplemental report and recommendation.

Baton Rouge, Louisiana, June 10, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA